UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cr-00152-SEB-MJD |
| | ) | |
| TERESA PALMER, | ) -01 | |
| | ) | |
| Defendant. | ) | |

**The Honorable Sarah Evans Barker, Judge**
**Entry for June 17, 2026**

The Court on its own motion, hereby VACATES the change of plea and sentencing

hearing currently set for July 29, 2026, at 10:15 a.m. and RESETS the hearing on July 30, 2026,

at 10:15 a.m. in Room 216 of the United States Courthouse in Indianapolis, Indiana.

Distribution:

Adam Eakman
DOJ-USAO
adam.eakman@usdoj.gov

Dominic David Martin
INDIANA FEDERAL COMMUNITY DEFENDERS
dominic_d_martin@fd.org