UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cr-00152-SEB-MJD |
| | ) | |
| TERESA PALMER, | ) -01 | |
| | ) | |
| Defendant. | ) | |

**The Honorable Sarah Evans Barker, Judge**
**Entry for July 30, 2026**

On this date, Defendant appeared in person, together with appointed counsel Dominic David Martin, and the Government appeared by AUSA Adam Eakman along with investigative agent Russell Warlick, for a change of plea and sentencing hearing. Danieka Thompkins appeared on behalf of the United States Probation Office. The hearing was reported by Court Reporter, Gretchen Fox.

- The Defendant was advised of her rights and the possible penalties.

- The Court accepted the parties' Stipulated Factual Basis as an adequate basis for the plea.

- Defendant pleaded guilty to Counts 1 and 3 of the Indictment.

- The Court accepted Defendant's guilty plea and Defendant was adjudged guilty of Counts 1 and 3 of the Indictment.

- The parties were heard with respect to the sentence and application of the Sentencing Guidelines.

- Sentence was imposed as stated on the record, including:

      Incarceration:   36 months
      Supervised Release: 3 years
      Fine: $0

Restitution: $381,400.05
Special Assessment: $200.00.

- The Defendant was advised of her right to appeal.

- The Government moved to dismiss Counts 2 and 4. The Court granted same.

- Defendant remains out of custody on the previously ordered conditions of release.

- The Judgment is forthcoming.

- The proceedings were adjourned.

Distribution:

Adam Eakman
DOJ-USAO
adam.eakman@usdoj.gov

Dominic David Martin
INDIANA FEDERAL COMMUNITY DEFENDERS
dominic_d_martin@fd.org